■ In the Matter of KENNETH DESPARD, Respondent, v RAUL RUSSI, as Chairman of New York State Division of Parole, et al., Appellants. [598 NYS2d 753] —Judgment unanimously reversed on the law and petition dismissed. Memorandum: Supreme Court erred in directing respondents to conduct a de novo parole release hearing. Respondents' determination is supported by the record and was made in accordance with the law, thereby foreclosing judicial intervention (see, Correction Law § 805; *Matter of Salcedo v Ross,* 183 AD2d 771; *Matter of Walker v Russi,* 176 AD2d 1185, *lv dismissed* 79 NY2d 897; *Matter of Confoy v New York State Div. of Parole,* 173 AD2d 1014). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present—Callahan, J. P., Pine, Balio, Lawton and Doerr, JJ.